PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.                                                                 Crim. No. 04CR00539-002-PHX-MHM

GENE MONTELEONE

On 1/30/2008 the above named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Kathleen Strand  
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 15th day of February, 2011.

The Honorable Mary H. Murguia  
United States District Judge